**No. 11-5418. Lilian Galvan, Petitioner v. United States.**

565 U.S. 906, 132 S. Ct. 308, 181 L. Ed. 2d 189, 2011 U.S. LEXIS 5756.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 408 Fed. Appx. 224.

**No. 11-5419. Tishaun Demetri Stenhouse, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

565 U.S. 906, 132 S. Ct. 308, 181 L. Ed. 2d 189, 2011 U.S. LEXIS 6176.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 631 F.3d 888.

**No. 11-5420. Oscar Art Stanley, Petitioner v. James G. Cox, Director, Nevada Department of Corrections, et al.**

565 U.S. 906, 132 S. Ct. 308, 181 L. Ed. 2d 189, 2011 U.S. LEXIS 5955.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5421. Diarre Hamilton, Petitioner v. Andrew Jackson, Warden.**

565 U.S. 906, 132 S. Ct. 309, 181 L. Ed. 2d 189, 2011 U.S. LEXIS 5810.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 416 Fed. Appx. 501.

**No. 11-5422. Roberto Lara Olaya, Petitioner v. United States.**

**No. 11-5426. Nery Campaz-Guerrero, Petitioner v. United States.**

565 U.S. 906, 132 S. Ct. 309, 181 L. Ed. 2d 189, 2011 U.S. LEXIS 5796.

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same cases below, 424 Fed. Appx. 898.

**No. 11-5423. Timothy D. Cooper, Petitioner v. Florida.**

565 U.S. 906, 132 S. Ct. 309, 181 L. Ed. 2d 189, 2011 U.S. LEXIS 6171.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 53 So. 3d 1024.

**No. 11-5424. Allen Ward Cox, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 906, 132 S. Ct. 309, 181 L. Ed. 2d 189, 2011 U.S. LEXIS 5759.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 638 F.3d 1356.